FRANK ARNEDOS, Respondent, v. ANTHONY PETRINO, Appellant.— Judgment

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.